HENRY OETERS, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

JAMES A. OLSEN and Another, Respondents, v. LOUISE LARSEN, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

PAINO BROS., INC., Appellant, v. CENTRAL NATIONAL BANK OF YONKERS, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 751.] Present — Lazansky, P. J., Scudder, Tompkins and Davis, JJ.; Johnston, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT CUNNIFF, Relator, v. ARTHUR W. LAWRENCE and Others, as Members of the Westchester County Park Commission, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMMETT HOWELL, Relator, v. ARTHUR W. LAWRENCE and Others, as Members of the Westchester County Park Commission, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

ANNA QUINTAVALLE, as Administratrix, etc., of TESSIE QUINTAVALLE, Deceased, Appellant, v. NEW YORK RAPID TRANSIT CORPORATION, Respondent.— Motion to resettle order denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

MARTIN ROBBINS, Appellant, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

TILLIE SAFIR, Respondent, v. ABRAHAM SAFIR, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

NAZEERA J. SALEEBY, Respondent, v. JOHN A. SALEEBY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

WILLIAM SCHLAPA, an Infant, etc., and TONY SCHLAPA, Plaintiffs, v. SAM LEVINE, Defendant. JOSEPH A. TEPERSON, Attorney, Appellant; HAUPTMAN & HAUPTMAN, Attorneys, Respondents.— Motion to resettle order of March 2, 1933, denied. Motion for stay denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

ROSE STEINDL, Appellant, v. JOHN J. COSGROVE, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

THE SWEDISH HOSPITAL IN BROOKLYN, Appellant, v. BORO ASPHALT COMPANY and/or BORO ASPHALT CORPORATION, a Domestic Corporation, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.